IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **JORDAN POWELL** | * |
| Plaintiff | * |
| v. | *  CIVIL NO. JKB-19-1244 |
| **ALPHABET INC., et al.** | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendants' MOTION TO TRANSFER OR, IN THE ALTERNATIVE, TO DISMISS (ECF No. 9). The Plaintiff has failed to respond to the Motion within the requisite time period. Accordingly, the Motion is ripe, despite the lack of a response.

The Defendants' arguments set out in sections I, III, and IV of its brief are persuasive. There appears to be a valid forum selection clause in the agreement governing the relationship between the parties. Under ordinary circumstances, the Court would simply grant the motion to transfer and enforce that clause. However, venue issues are not jurisdictional, and the Court is within its authority when it reviews other elements of the motion to dismiss before acting on the request for transfer. It does so in this case, finding compelling arguments to dismiss set out in sections III and IV of the Defendants' brief (ECF No. 9-1). Agreeing with the points made therein, and adopting the Defendants' reasoning in sections III and IV of its brief as the Court's own, this case is DISMISSED on the grounds argued there.

The Clerk is instructed to CLOSE THIS CASE.

DATED this 18th day of July, 2019.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge